NO. 07-03-00390-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

OCTOBER 29, 2003

_____

IN THE MATTER OF
LOREEN ANN MAYEUX AND DOUGLAS WAYNE MAYEUX

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 67,510-D; HONORABLE RICHARD DAMBOLD, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Proceeding *pro se*, appellant Douglas Wayne Mayeux filed a notice of appeal challenging the trial court's order of June 26, 2003. On September 24, 2003, the trial court clerk filed a request for extension of time to file the clerk's record indicating Mayeux's intent not to pay the remaining balance for the record because he no longer wished to prosecute this appeal. As a precaution, by letter dated September 24, the clerk was granted an extension and Mayeux was directed to certify to this Court by Tuesday, October 14, 2003,

whether he had complied with the Texas Rules of Appellate Procedure, noting that failure to do so might result in dismissal. Tex. R. App. P. 37.3(b). Mayeux did not respond and the clerk's record has not been filed.

Accordingly, the appeal is hereby dismissed for want of prosecution and failure to comply with this Court's directive. Tex. R. App. P. 42.3(b) & (c).

Don H. Reavis
Justice